IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 11-cv-02225-LTB-MJW

BRAD DOWNS and
TERESA DOWNS,

    Plaintiffs,

v.

SEARS ROEBUCK AND CO., d/b/a/ THE GREAT INDOORS,

    Defendant.

---

## ORDER RE: PLAINTIFFS' UNOPPOSED MOTION REGARDING ORDER SETTING SCHEDULING/PLANNING CONFERENCE
( Docket no 7 )

---

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion Regarding Order Setting Scheduling/Planning Conference. The Court has reviewed THE pleadings regarding this matter and considered the entire file. The motion is GRANTED. The Court orders as follows: The Scheduling/Planning Conference is rescheduled to December 2, 2011 at 9:30 a.m. (X)

DONE AND ORDERED this 13th day of September 2011.

(X) The proposed Rule 16 Scheduling Order shall be filed with the Court by November 28, 2011.

BY THE COURT:

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO