**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-02225-LTB-MJW

BRAD DOWNS and
TERESA DOWNS,

       Plaintiffs,

v.

SEARS ROEBUCK AND CO., d/b/a THE GREAT INDOORS,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

       THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 20 - filed April 3, 2012), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

         s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED:   April 4, 2012